# United States District Court
# For the District of Columbia

| | |
|---|---|
| Nikkia Echolos<br>　　　　Plaintiff,<br><br>　　　　v.<br>SiriusXM Radio<br>　　　　Defendant, | Civil Action No.  20-cv-00326-CRC<br><br>CONSENT PRAECIPE OF DISMISSAL |

　　　Will the Clerk of the Court: Kindly take note that this case has been settled and enter it as dismissed with prejudice.

Date: Wednesday, February 03, 2021　　　　　　　　Respectfully Submitted,


*Robert N Maxwell*
Robert Maxwell, Esq.
*Counsel for the Plaintiff*
DC Bar # 998232

Maxwell Jones

1717 Pennsylvania Avenue NW #1025
Washington, DC  20006
(202) 559-8594

-1-

-2-

## **CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing <u>CONSENT PRAECIPE OF DISMISSAL</u> was served on the February 03, 2021:

Kara Ariail
Holland & Knight LLP
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102
Phone 703.720.8097
Fax 703.720.8610
kara.ariail@hklaw.com
*via Pacer*

_____
Robert Maxwell, Esq.
Attorney, DC Bar # 998232

# United States District Court
# For the District of Columbia

| | |
|---|---|
| Nikkia Echolos<br>　　　　Plaintiff,<br><br>　　　　　v.<br>SiriusXM Radio<br>　　　　Defendant, | Civil Action No.  20-cv-00326-CRC<br><br>**ORDER** |

　　　This matter is before the Court on a Praecipe for Dismissal, filed by Plaintiff on February 03, 2021. Both parties have mutually settled the previously disputed matter. Based on the reasons offered in support of the dismissal, the court dismisses the case with prejudice.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge

　　　　　　　　　　　　　　　　　　　　　　　　　**Date:**